1  Clyde A. Thompson, SBN 72920
   Rebecca S. Widen, SBN 219207
2  Andrea A. Najor, SBN 221853
   STRICKLAND, HAAPALA,
3  ALTURA, THOMPSON & ABERN LLP
   1939 Harrison Street, Suite 800
4  Oakland, California 94612-3533
   Tel:   510-763-2324
5  Fax:   510-273-8570

6  Attorneys for Defendants, COUNTY OF MARIN,
   SHERIFF ROBERT T. DOYLE, SGT. JEFF TAYLOR,
7  DEPUTY JONATHAN HARRISON, DEPUTY MICHAEL
   BLASI and DEPUTY ERIK RICHARDSON

8

9              UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

11 LIZA GRIME, individually and as          )  Case No.:  C-04-2507 MMC
   Administrator of the ESTATE OF CARY      )
12 GRIME, and LINDSAY GRIME, LOGAN          )
   GRIME, and NOAH GRIME, by and through    )
13 their mother and Guardian Ad Litem Liza  )
   Grime,                                   )  **STIPULATION & ORDER**
14                                          )  **CONSOLIDATING RELATED ACTIONS**
                 Plaintiffs,                )  **(Case C-04-2507 and Case C-05-0137)**
15                                          )  **DESIGNATING CASE C-04-2507 AS**
         vs.                                )  **LEAD CASE**
16                                          )
   COUNTY OF MARIN, CALIFORNIA;             )
17 SHERIFF ROBERT T. DOYLE, individually    )
   and in his official capacity as the Sheriff of )
18 Marin County; SARGENT JEFF TAYLOR,       )
   Badge No. 1X345, individually and in his )
19 official capacity as a Marin County Sheriff )
   Sargent; DEPUTY JONATHAN HARRISON,       )
20 Badge No. 1593, individually and in his  )
   official capacity as a Marin County Deputy )
21 Sheriff; DEPUTY MICHAEL BLASI, Badge     )
   No. 1570, individually and in his official )
22 capacity as a Marin County Deputy Sheriff; )
   DEPUTY ERIK RICHARDSON, Badge No.        )
23 1538, individually and in his official capacity )
   as a Marin County Deputy Sheriff; and    )
24 DOES 1 through 100, inclusive,           )
                                            )
25               Defendants.                )
                                            )
26 _____ )

27 //

28

                              1
─────────────────────────────────────────

Strickland, Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8534

Strickland, Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8534

1   LIZA GRIME, individually and as Administrator of the ESTATE OF CARY GRIME,

2   and LINDSAY GRIME, LOGAN GRIME, and NOAH GRIME, by and through their mother

3   and Guardian Ad Litem LIZA GRIME, are plaintiffs in United States District Court for the

4   Northern District of California case  # C-04-2507 MMC.  Plaintiffs allege claims in this action

5   for wrongful death and civil rights violations arising out of the arrest on August 17, 2003 of

6   decedent Cary Grime by the Marin County Sheriff's Office.  Defendants are the COUNTY OF

7   MARIN, SHERIFF ROBERT T. DOYLE, SERGEANT JEFF TAYLOR, DEPUTY

8   JONATHAN HARRISON, DEPUTY MICHAEL BLASI, and DEPUTY ERIK

9   RICHARDSON.

10   ROBERT GRIME and JUNE GRIME are the plaintiffs in United States District Court

11   for the Northern District of California case  # C-05-0137 MMC and are the parents of  decedent

12   Cary Grime. Plaintiffs allege claims for civil rights violations arising out of arrest on

13   August 17, 2003 of decedent Cary Grime by the Marin County Sheriff's Office.  Defendants are

14   the COUNTY OF MARIN, SHERIFF ROBERT T. DOYLE, SERGEANT JEFF TAYLOR,

15   DEPUTY JONATHAN HARRISON, DEPUTY MICHAEL BLASI, and DEPUTY ERIK

16   RICHARDSON.

17   Plaintiffs in action C-04-2507 are represented by David C. Anderson, Law Office of

18   David C. Anderson and Andrew C. Schwartz, Casper, Meadows & Schwartz.

19   Plaintiffs in action C-05-0137 are represented by Gilbert Purcell and Peter Fredman,

20   Brayton♦Purcell.

21   Defendants in both actions are represented by Clyde A. Thompson and Rebecca S.

22   Widen Strickland, Haapala, Altura, Thompson & Abern LLP.

23   **STIPULATION TO CONSOLIDATE**

24   The parties, by and through their undersigned counsel, agree that action number

25   C-05-0137 MMC should be consolidated with earlier filed action number C-04-2507 because

26   they involve common questions of fact and law.  Both actions involve essentially the same set of

27   facts, similar claims, the same witnesses and the same defendants.  Consolidation of both

28   actions serves the interests of judicial economy, the convenience of the Court, and the

2

1    convenience of the parties.  Consolidation of both actions also prevents piecemeal litigation and

2    the potential for inconsistent rulings.

3           Therefore, the parties, by and through their undersigned counsel, respectfully request an

4    order of the Court consolidating action number C-05-0137 MMC with action number

5    C-04-2507.

6    Dated:  August __, 2005              LAW OFFICES OF DAVID C. ANDERSON

7

8                                        By:_____/s/_____
                                            DAVID C. ANDERSON
9                                           Attorney for Plaintiffs LIZA GRIME, individually
                                            and as Administrator of the ESTATE OF CARY
10                                          GRIME, and LINDSAY GRIME, LOGAN
                                            GRIME, and NOAH GRIME, by and through
11                                          Guardian Ad Litem LIZA GRIME

12   Dated:  August __, 2005              CASPER, MEADOWS & SCHWARTZ

13

14                                       By:_____/s/_____
                                            ANDREW C. SCHWARTZ
15                                          Attorney for Plaintiffs LIZA GRIME, individually
                                            and as Administrator of the ESTATE OF CARY
16                                          GRIME, and LINDSAY GRIME, LOGAN
                                            GRIME, and NOAH GRIME, by and through
17                                          Guardian Ad Litem LIZA GRIME

18   Dated:  August __, 2005.             BRAYTON♦PURCELL

19

20                                       By:_____/s/_____
                                            PETER FREDMAN
21                                          Attorney for Plaintiffs ROBERT GRIME and
                                            JUNE GRIME
22

23   Dated:  August __, 2005             STRICKLAND, HAAPALA,
                                         ALTURA, THOMPSON & ABERN, LLP
24

25                                       By:_____/s/_____
                                            Clyde A. Thompson
26                                          Attorneys for Defendants COUNTY OF MARIN,
                                            COUNTY OF MARIN, SHERIFF ROBERT T.
27                                          DOYLE, SGT. JEFF TAYLOR, DEPUTY
                                            JONATHAN HARRISON, DEPUTY MICHAEL
28                                          BLASI and DEPUTY ERIK RICHARDSON

Strickland, Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone:  510-763-2324
Facsimile:  510-273-8534

3

1

## ORDER

2      IT IS HEREBY ORDERED that Grime v. County of Marin, C-04-2507 MMC and

3  Grime v. Doyle, C-05-0137 MMC are consolidated for all purposes.  All further filings shall be

4  made in Case No. C-04-2507 MMC.

5      Dated:  August 25, 2005.

6

7

8  MAXINE M. CHESNEY
   United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Strickland, Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone:  510-763-2324
Facsimile:  510-273-8534

4

*Grime v. County Marin, et al./Case No. C 04 2507*
Stipulation & Order of  Consolidation