**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GRIME and JUNE GRIME, | Case No. C-05-0137 MMC |
| Plaintiffs, | **ORDER CLOSING CONSOLIDATED CASE FOR STATISTICAL PURPOSES ONLY** |
| v. | |
| SHERIFF ROBERT T. DOYLE et al., | |
| Defendants. | |
| _____/ | |

The above-titled action has been consolidated for all further proceedings with <u>Grime v. County of Marin</u>, Case No. C-04-2507 MMC.  As all ongoing matters are being filed in case no. C-04-2507 MMC, there appears to be no reason at this time to maintain the instant action as an open file for statistical purposes and, accordingly, said case is hereby CLOSED for statistical purposes only.

Nothing contained in this order shall be considered a dismissal or disposition of the above-titled action, and, should further proceedings become necessary or desirable, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: August 25, 2005

_____
Maxine M. Chesney
United States District Judge